# EXHIBIT "C"

Received by EEOC-CDO on 04/21/2022
Case: 1:23-cv-01611 Document #: 1-1 Filed: 03/15/23 Page 2 of 3 PageID #:18
EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [ ] FEPA  [X] EEOC | 440-2022-05267 |

**Illinois Human Rights Commission** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Claire Scully** | [redacted] | [redacted] |

Street Address / City, State and ZIP Code [redacted]

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Aon Service Corp.** | 500+ | (312) 381-1000 |

Street Address: **200 East Randolph Street**
City, State and ZIP Code: **Chicago, IL 60601**

**DISCRIMINATION BASED ON** (Check appropriate box(es))

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 03/09/2022    Latest: 03/31/2022
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s))

I, Claire Scully, was hired at Creative Circle (Employment Agency), on or around October 19, 2019. My first assignment was to go to work for Aon (Secondary Employer) as a Marketing Project Manager. My employment with Aon was renewed every three (3) months from October 19, 2020 until I was discriminated against based on my disability in March 2022.

The following in a non-exhaustive list of incidents of the discrimination and retaliation I was subjected to:

On or about October 1, 2020 I applied for a full time position, and I received a verbal and email assurance from Marketing Director Alexandra Lewis that I was offered a full time position on the reinsurance team. I was told by Alexandra Lewis that my name was on the company organizational chart as having the permanent position that I applied for.

Between October 19, 2020 and March 9, 2022 I would periodically take a few hours off due to symptoms that were associated from my disability. I informed my supervisor, Alison Bloon, head of U.S. Marketing at Aon, of my disability via email and on a phone call when my disability started showing symptoms while on the job. Accordingly, I requested reasonable accommodations with Management due to my disability.

On or about March 9, 2022, I experienced intense symptoms from my disability and had to go to the emergency room. I returned to work the next day. On or about March 10, 2022, I experienced retaliation from Alison Bloon when she said to me, "that was the worst day to be out, we had a deadline."

On or about March 18, 2022 my employment with Aon was set to be terminated on March 31, 2022 and I was told I would not be receiving a permanent position. Director, Alexandra Lewis informed me via phone and email that "your health has been too poor and we are really busy."

Doc ID: 68b48bb6cf56fe2d3e1dd21e8cdddda0f397a/12

Regardless of my disability, I am qualified to perform the essential functions of my job, with or without reasonable accommodation. My employer effectively denied my request for reasonable accommodation and therefore did not engage with me in an interactive process to determine the appropriate accommodation under the circumstances.

Under a theory of joint employer liability or outright disability discrimination for not hiring someone on the basis of their disability, Aon's conduct violated the Americans with Disabilities Act.

Thus, I believe Creative Circle and Aon discriminated against me on the basis of my disability and retaliated against me for seeking reasonable accommodations in violation of the Americans with Disabilities Act, as amended ("ADA"), and (775 ILCS5/) Illinois Human Rights Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 04 / 25 / 2022         *[signature]*<br>Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Redacted by EEOC

Doc ID: 68b48bb6cf56fe2d3e1dd21e8cdddda0f397ad12